## HOOKS v. MAYO

[326 N.C. 361 (1990)]

NONA MAYO HOOKS AND HUSBAND, CURTIS W. HOOKS, ETHEL MAYO SHIREY AND HUSBAND, LYNWOOD SHIREY, LEONARD MAYO AND WIFE, JULIA R. MAYO, ORA MAE FOWLER (WIDOW), FRED B. MAYO AND WIFE, LOUISE D. MAYO, JANET MAYO PEARSALL (WIDOW) AND MARJORIE MAYO CARROLL AND HUSBAND, WOODROW W. CARROLL, SR. v. DAVID WHITLEY MAYO (SINGLE), GEORGE E. MAYO, III AND WIFE, REBECCA COLE MAYO, AND GRETCHEN MAYO JORDAN AND HUSBAND, BEN JORDAN

No. 330A89

(Filed 1 March 1990)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 94 N.C. App. 657, 381 S.E.2d 197 (1989), reversing an order of summary judgment for defendants entered by *Phillips, J.,* on 7 November 1988 in Superior Court, WAYNE County. Heard in the Supreme Court on 13 February 1990.

*Dees, Smith, Powell, Jarrett, Dees & Jones, by Tommy W. Jarrett, for plaintiff-appellees.*

*Warren, Kerr, Walston & Hollowell, by John H. Kerr, III and John R. Rose, for defendant-appellants.*

PER CURIAM.

Affirmed.